**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**

Jane Doe J.H., *an individual,*

                                          Case No. 8:25-cv-878

                Plaintiff

      Vs.

Days Inns Worldwide, Inc. d/b/a Days
Inn & Suites by Wyndham Tampa et. al.

                Defendants.

_____/

**<u>PLAINTIFF'S NOTICE FOR VOLUNTARY
DISMISSAL OF DEFENDANTS  WITHOUT PREJUDICE</u>**

     **WHEREAS,** no defendants have filed an answer or a motion for summary judgment in this action; and

     **WHEREAS,** no cross-claim or counter-claim has been filed in this action.

     **NOW, THEREFORE,** pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff by and through the undersigned counsel, hereby provide notice of their voluntary dismissal of Defendants, including Defendant Days Inns Worldwide, Inc. d/b/a Days Inn & Suites by Wyndham Tampa, from the Plaintiff cause of action without prejudice. No party will be prejudiced by this dismissal.

     The dismissal is sought in good faith and not for purposes of delay or to prejudice any party. Each party shall bear their own costs and fees associated with this dismissal.

     Dated: 03 July 2025

                     Respectfully Submitted,

                     THE LAW OFFICES OF TRAVIS R. WALKER, P.A.

                     By:   *<u>/s/Travis R. Walker</u>*
                              Travis R. Walker, Esq.
                              Florida Bar No. 36693
                              1100 SE Federal Hwy

Stuart, Florida 34994
Telephone: (772) 708-0952
travis@traviswalkerlaw.com
service@traviswalkerlaw.com
wasi@traviswalkerlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 03, 2025, a copy of the foregoing **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS WITHOUT PREJUDICE** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

THE LAW OFFICES OF TRAVIS R. WALKER, P.A.

By:    */s/Travis R. Walker*
Travis R. Walker, Esq.
Florida Bar No. 36693
1100 SE Federal Hwy
Stuart, Florida 34994
Telephone: (772) 708-0952
travis@traviswalkerlaw.com
service@traviswalkerlaw.com
wasi@traviswalkerlaw.com